UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ANTHONY VELLA, | ) | 1:07-cv-01582-OWW-SMS-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 4) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| KEN CLARK, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On November 27, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED for failure to state a cognizable federal claim, and the Clerk of Court enter judgment, terminating this action.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On December 6, 2007, Petitioner filed objections to the Findings and Recommendation.

//

1     In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, including Petitioner's
4  objections, the Court concludes that the Magistrate Judge's
5  Findings and Recommendation are supported by the record and proper
6  analysis.  Petitioner's objections present no grounds for
7  questioning the Magistrate Judge's analysis.
8     Accordingly, IT IS HEREBY ORDERED that:
9     1.   The Findings and Recommendation, filed November 27, 2007,
10 are ADOPTED IN FULL;
11    2.   The instant Petition for Writ of Habeas Corpus is
12 DISMISSED for failure to state a cognizable federal claim; and,
13    3.   The Clerk of Court enter judgment, terminating this
14 action.
15 IT IS SO ORDERED.
16 **Dated:   January 25, 2008**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE