# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY VELLA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-01582 OWW SMS HC<br><br>ORDER REGARDING PETITIONER'S MOTION TO AMEND ORDER OF DISMISSAL<br><br>[Doc. 8] |

The instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, was dismissed for failure to state a cognizable claim on January 28, 2008, and judgment was entered this same date. (Court Docs. 6, 7.)

Now pending before the Court is Petitioner's motion to amend the order of dismissal, filed on February 8,2 008. (Court Doc. 8.) In his motion, Petitioner requests clarification whether the dismissal was *with* or *without* prejudice.

Petitioner is advised that because the claims raised in the petition for writ of habeas corpus alleged only violates of prison regulations and/or state law, the claims were not cognizable under § 2254. As such, the dismissal was *with* prejudice as there was simply no merit to his claims under § 2254. Petitioner's motion is DENIED.IT IS SO ORDERED.

**Dated:   March 13, 2008**　　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE