

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY VELLA,

vs.

PEOPLE OF THE STATE OF CALIFORNIA,
ET.AL.,

_____/

ORDER RE: CERTIFICATE OF
APPEALABILITY

1:07-CV-01582 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:

PRISONER AFFORDED SUFFICIENT HEARING CLAIM NOT DEBATEABLE AMONG JURISTS OF REASON.

Dated:

OLIVER W. WANGER
United States District Judge